IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION



FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 OCT 31  P 5: 24

CLERK_____
S. D. ST. OF GA.

LESTER BRAD,

    Petitioner,

vs.

JOSE VAZQUEZ, Warden,

    Respondent.

CIVIL ACTION NO.: CV205-102

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Brad alleges that the Magistrate Judge's Report and Recommendation is contrary to the law and facts of cases in other circuits. Brad also alleges that the Magistrate Judge failed to provide authority that an ex post facto claim cannot be brought pursuant to 28 U.S.C.A. § 2241. Brad contends that the Magistrate Judge abused his discretion and is incorrect in his application of law to the facts of Brad's case.

Brad's Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Brad's petition for writ of habeas corpus, filed pursuant to 28 U.S.C.A. § 2241, is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 31st day of October, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)